**WO**                                                                                           SC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Randall Neal Horton, | ) No. CV 06-1106-PHX-SMM (GEE) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Richard Friedman, M.D., | ) |
| Defendant. | ) |

Plaintiff Randall Neal Horton, who is confined in Arizona State Prison Complex-Florence South, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 with an application to proceed *in forma pauperis*. Plaintiff used an outdated application to proceed *in forma pauperis*. For that reason, the Court denied the application but granted Plaintiff leave to file an application on the current court-approved form within 30 days. (Doc.# 3.)[1] The Court warned Plaintiff that the failure to file a new application on the appropriate form, or to pay the filing fee, would result in the dismissal of this action without prejudice. (Id.) Plaintiff filed a motion for an extension of time to comply followed by a motion to voluntarily dismiss this action. (Doc.# 10, 11.)

"[A]n action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment. . . . Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice." Fed.R.Civ.P. 41(a)(1)(i). The Court construes Plaintiff's motion to voluntarily dismiss as a notice of voluntary dismissal without prejudice or payment

---

[1] "Doc.#" refers to the docket number of documents filed in this action.

of the filing fee. As such, the Clerk of Court will be directed to enter a dismissal of this action without prejudice. Plaintiff's motion for extension of time will be denied as moot.

**IT IS ORDERED:**

(1) Plaintiff's motion to voluntarily dismiss this action is construed as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(i). (Doc.# 11.)

(2) Plaintiff's motion for extension of time is **denied** as moot. (Doc.# 10.)

(3) The Clerk of Court must dismiss this action without prejudice.

DATED this 21st day of July, 2006.

*[signature]*
Stephen M. McNamee
United States District Judge

- 2 -